**STATE of Missouri, Respondent,**

v.

**David A. BROWN, Appellant.**

**No. WD 47084.**

Missouri Court of Appeals, Western District.

May 24, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1994.

Application to Transfer Denied Aug. 15, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

#### ORDER

PER CURIAM:

*Appeal from jury conviction of one count of murder in the second degree and sentence of ten years imprisonment.*

*Judgment affirmed. Rule 30.25(b).*